UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FRANK SENIOR,
                              Plaintiff,

               -against-

MAGGIE LYON, INC.
                            Defendant.
------------------------------------------------------------X

24 Civ. 1324 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order, dated February 26, 2024, scheduled the initial pretrial conference for April 3, 2024, and required the parties to file a proposed joint letter and case management plan no later than seven days before the initial pretrial conference;

WHEREAS, on March 12, 2024, Plaintiff filed a certificate of service certifying that Plaintiff served Defendant via electronic mail;

WHEREAS, on March 18, 2024, Plaintiff filed a letter requesting to adjourn the initial pretrial conference for 60 days;

WHEREAS, Defendant has not appeared in this case. It is hereby

**ORDERED** that Plaintiff shall file a letter by **March 22, 2024,** addressing whether service on Defendant complied with Federal Rule of Civil Procedure 4. It is further

**ORDERED** that Plaintiff's motion to adjourn the conference is **DENIED** without prejudice to renewal.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 8.

Dated: March 20, 2024
       New York, New York

                                              LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE